**NOT RECOMMENDED FOR PUBLICATION**

No. 23-5459

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 8, 2023
DEBORAH S. HUNT, Clerk

CEDRIC GREENE,

    Plaintiff-Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant-Appellee.

) ON APPEAL FROM THE UNITED
) STATES DISTRICT COURT FOR
) THE MIDDLE DISTRICT OF
) TENNESSEE

O R D E R

Before: SUTTON, Chief Judge; GILMAN, and DAVIS, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Cedric Greene filed a civil action against Frontier Airlines, Inc. The district court issued a show-cause order directing Greene to demonstrate that the court had jurisdiction. In response, Greene filed a motion for a change of venue. In the motion, Greene stated that "[i]f the Court is against change of venue," he would like the court to give him "permission to relocate the cases himself without any legal consequences in the accepting venue." The district court construed the motion as one to transfer or, in the alternative, for voluntary dismissal. The district court denied the motion for a transfer, but it granted Greene's request for voluntary dismissal and dismissed the complaint without prejudice. Greene has filed a notice of appeal.

We lack jurisdiction over this appeal. "A voluntary dismissal *without prejudice* is ordinarily *not* a final judgment from which the plaintiff may appeal." *Pavlovich v. Nat'l City Bank*, 461 F.3d 832, 836 (6th Cir. 2006) (quoting *Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995)). This is because a voluntary dismissal "is not an involuntary adverse judgment." *Dearth v. Mukasey*, 516 F.3d 413, 415 (6th Cir. 2008) (explaining that a dismissal without prejudice places the plaintiff in the same legal position as if he had never brought the suit).

We therefore **DISMISS** this appeal for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk