# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/08/2023.

**Case Name:**   Cedric Greene v. Frontier Airlines, Inc.
**Case Number:**   23-5459

**Docket Text:**
ORDER filed: We dismiss this appeal for lack of jurisdiction. No mandate to issue, decision not for publication. Jeffrey S. Sutton, Chief Circuit Judge; Ronald Lee Gilman, Circuit Judge and Stephanie Dawkins Davis, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Cedric Greene
501 E. Sixth Street
Los Angeles, CA 90021

**A copy of this notice will be issued to:**

Ms. Lynda M. Hill