UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 8, 2023
DEBORAH S. HUNT, Clerk

No. 23-5459

CEDRIC GREENE,

    Plaintiff-Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant-Appellee.

Before: SUTTON, Chief Judge; GILMAN, and DAVIS, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk